# Third District Court of Appeal

## State of Florida

Opinion filed November 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1780
Lower Tribunal No. 17-22967

_____

## City of Miami,
Appellant,

vs.

## Yvette Styles, et al.,
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Barbara Areces, Judge.

Victoria Méndez, City Attorney, and Eric J. Eves, Senior Appellate Counsel, for appellant.

South Florida Appeals, PA, and Wm. Allen Bonner, for appellees.

Boyd & Jenerette, PA, and Kansas R. Gooden, for Florida Defense Lawyers Association, as amicus curiae.

Creed & Gowdy, P.A., and Bryan S. Gowdy and Dimitrios A. Peteves (Jacksonville), for Florida Justice Association, as amicus curiae.

Benjamin James Stevenson (Pensacola) and Daniel B. Tilley, for Our Children's Trust and American Civil Liberties Union of Florida, Inc., as amici curiae.

Lomax Legal PLLC and Christopher M. Lomax; Pierre Simon, LLC, and Faudlin Pierre (Fort Lauderdale); Rawsi Williams Law Group, and Rawsi Williams; Lett Law, PLLC, and Ariel Lett; Quintairos, Prieto, Wood & Boyer, P.A., and Trelvis D. Randolph; AsiliA Law Firm, P.A., and Jeremy McLymont, for The Wilkie D. Ferguson, Jr. Bar Association, as amicus curiae.


Before FERNANDEZ, SCALES and HENDON, JJ.

PER CURIAM.

Affirmed.